Filed 1/19/23  P. v. Pastrana CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>CARLOS PASTRANA,<br><br>    Defendant and Appellant. | B319276<br><br>(Los Angeles County<br>Super. Ct. No. BA491592) |

APPEAL from a postjudgment order of the Superior Court of Los Angeles County, Renee Korn, Judge.  Affirmed.

Patrick J. Hoynoski, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————

Carlos Pastrana was convicted pursuant to a plea of no contest of violating Vehicle Code section 10851, subdivision (a), driving or taking a vehicle without consent. Pastrana appeals from the postjudgment order revoking his probation and imposing a 16-month county jail sentence. No arguable issues have been identified following review of the record by Pastrana's appointed appellate counsel or our own independent review. We affirm.

**FACTUAL AND PROCEDURAL BACKGROUND**

Pastrana was charged in a felony complaint filed November 24, 2020 with a single count of violating Vehicle Code section 10851, subdivision (a). Following advisement and waiver of his constitutional rights, Pastrana pleaded no contest to the charge on January 29, 2021. On February 19, 2021 the court suspended imposition of sentence and placed Pastrana on formal probation for two years on condition he serve 180 days in county jail, a period equal to Pastrana's total custody credit.

The court summarily revoked probation and issued a bench warrant on August 25, 2021 after Pastrana failed to appear at the probation department as ordered as a condition of his probation. The warrant was recalled on February 16, 2022 after Pastrana was apprehended.

A probation violation hearing was held on March 17, 2022. Pastrana's probation officer testified Pastrana had failed to contact her at any time during the pertinent period following the order placing him on formal probation. She also testified probation department records did not indicate Pastrana had contacted any other probation officer. Pastrana did not testify at the hearing or present any evidence that would justify his failure to report to probation.

2

The court found Pastrana in violation of probation, revoked probation and sentenced him to the lower term of 16 months in county jail for violating Vehicle Code section 10851, subdivision (a). Pastrana was awarded a total of 241 days of custody credit.

Pastrana filed a timely notice of appeal.

## DISCUSSION

We appointed counsel to represent Pastrana in this appeal. After reviewing the record, counsel filed a brief raising no issues. Appointed counsel advised Pastrana on December 7, 2022 that he could personally submit any contentions or issues he wanted the court to consider. We have received no response.

We have examined the record and are satisfied appellate counsel for Pastrana has complied with counsel's responsibilities and there are no arguable issues. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The postjudgment order is affirmed.


PERLUSS, P. J.


We concur:


SEGAL, J.


FEUER, J.

3